Case 1:22-cv-02071-TAD-JPM   Document 36   Filed 07/10/23   Page 1 of 1 PageID #: 198

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **EDWIN LEDELL SMITH #87806-280,** **Plaintiff** | * * * | **CIVIL NUMBER: 1:22-CV-02071** |
| **VERSUS** | * * | |
| **ACTING WARDEN BAYSHORE,** **Defendants** | * * | **JUDGE DOUGHTY** **MAGISTRATE JUDGE PEREZ-MONTES** |

**O R D E R**

Considering the foregoing Plaintiff's Motion to Lift Stay and Defendant's Response to Plaintiff's Motion to Lift Stay and Request for Briefing Schedule to File Additional Responses to Plaintiff's Motion for Summary Judgment and Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, and Defendant's Memorandum in Support,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the stay in this matter be lifted in light of the decision in *Jones v. Hendrix,* No. 21-857, 599 U.S.---, --- S. Ct.--- (2023).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant shall file any additional briefing to Plaintiff's Motion for Summary Judgment (Rec. Doc. 17) and Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Rec. Doc. 1) within 30 days of this Order and that the Plaintiff shall file any response within 30 days after that filing.

SIGNED this the __10th__ day of July, 2023, in Alexandria, Louisiana.

                                                                         JOSEPH H. L. PEREZ-MONTES
                                                                         United States Magistrate Judge