UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **EDWIN LEDELL SMITH #87806-280** | **CIVIL ACTION NO. 22-cv-2071 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ACTING WARDEN BAYSHORE** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 39] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff Edwin Ledell Smith's ("Smith") Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** as premature because Smith's § 2255 proceedings are currently pending on appeal.

**MONROE, LOUISIANA**, this the 27th day of September 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE